# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNITED STATES OF AMERICA

vs.

**Frank James Sanchez**           No. **CR 16-82-BLG-SPW**

DOB: **10/25/1997**          **PETITION TO OPEN JUVENILE RECORDS**

Whereas the above-name defendant entered a plea of Guilty to the offenses of Misprision of a Felony, in violation of 18 U.S.C. § 4, and Accessory After the Fact, in violation of 18 U.S.C. § 3, and the court having ordered a Pre-Sentence Investigation into the Defendant's background, the Petitioner requests all juvenile records pertaining to the Defendant, including Law Enforcement, County Probation, County Welfare, and Department of Institutions records, be made available.

_____
U.S. Probation Officer

March 21, 2017
Date

\* \* \* \* \* \* \* \* \* \*
**ORDER**
\* \* \* \* \* \* \* \* \* \*

The Court having considered the aforementioned petition; does hereby order the release of pertinent juvenile records held by any Law Enforcement Agency, Probation Office, Welfare Agency, or Department of Institutions to the Petitioner or authorized agency of the Adult Probation and Parole Officer.

_____
U.S. District Judge

Dated this 21st day of March, 2017.