FILED

MAR 19 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK JAMES SANCHEZ,<br><br>Defendant. | CR 16-82-BLG-SPW-3<br><br>ORDER |

Upon the Defendant's Unopposed Motion to Continue Sentencing Hearing and Accompanying Deadlines (Doc. 316), and good cause being shown,

**IT IS HEREBY ORDERED** that sentencing currently scheduled for April 11, 2018, at 1:30 p.m., is **VACATED.**

**IT IS FURTHER ORDERED** that the sentencing hearing and the sentencing memorandum deadlines for Frank James Sanchez will not be reset until after the decision is made whether or not Dimarzio Swade Sanchez will be granted a new trial.

1

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 19th day of March, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge