FILED

DEC 11 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK JAMES SANCHEZ,<br><br>Defendant. | CR 16-82-BLG-SPW-3<br><br>ORDER |

Upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that sentencing in this matter presently set for Friday, December 14, 2018 at 1:30 p.m. is **VACATED** and **RESET** to commence on **Friday, December 21, 2018 at 3:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 11th day of December, 2018.

SUSAN P. WATTERS
United States District Judge

1